# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No:  17-08220 |
|    Kimberly Wallace | ) | |
|       Debtor | ) | Chapter:  Chapter 13 |
| | ) | |
| | ) | Judge:  LaShonda A. Hunt |

## NOTICE OF MOTION

**To:**  Kimberly Wallace, 9443 Sumac St., Unit D, Des Plaines, IL, 60016

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL, 60604

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on **April 15, 2019 at 9:30 a.m.** I shall appear before the Honorable Judge **LaShonda A. Hunt** at 219 S. Dearborn St. # 719, Chicago IL 60604and then and there present the attached **MOTION TO MODIFY CONFIRMED PLAN**, a copy of which is attached hereto.

**By:** _/s/ Dale Riley_
Dale Riley

## CERTIFICATE OF SERVICE

I, Dale Riley, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, on 3/25/2019.

**By:** _/s/Dale Riley_
Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960

Arrow Financial
Bankruptcy dept
20131 Network Place
Chicago IL 60673

AT&T
ATTN: Bankruptcy Dept
208 S Akard St
Dallas TX 75202

Balsamo  YONG SUK
C/O Keynote Consulting
220 W Campus Dr Ste 102
Arlington Heights IL 60004

Ben Franklin Auto
Bankruptcy dept
6100 N Clark
Chicago IL 60660

City of Chicago - Dept of Revenue
Bankruptcy Department
121 N. LaSalle St
Room 107
Chicago IL 60602

Arnold Scott Harris PC
Bankruptcy Dept.
111 W Jackson Blvd Ste 600
Chicago IL 60604

Markoff Law LLC
Bankruptcy Dept
29 N Wacker Dr. Ste. 550
Chicago IL 60606

City of Rolling Meadows
Attn: Bankruptcy Dept.
3600 Kirchoff Rd.
Rolling Meadows IL 60008

Armor Systems Co.
Bankruptcy Dept.
1700 Kieffer Dr., Ste. 1
Zion IL 60099

Consumer Financial Services
Bankruptcy Dept
300 S Green Bay Rd
Waukegan IL 60085

Consumer Financial SVC
Attn: Bankruptcy Dept.
10431 Us Highway 19
Port Richey FL 34668

ECMC
Bankruptcy Department
PO Box 75848, Lockbox 8682
Saint Paul MN 55175

IDES
Bankruptcy Department
33 S. State Street
8th Floor
Chicago IL 60603

Illinois Title Loans, Inc.
Bankruptcy Department
10258 S. Halsted
Chicago IL 60628

Kindercare Learning Centers
C/O I C System INC
Po Box 64378
Saint Paul MN 55164

National Credit Adjusters Llc
Attn: Bankruptcy Dept.
327 W 4th Ave
Hutchinson KS 67501

Blitt and Gaines, PC
Bankruptcy Dept.
661 Glenn Ave.
Wheeling IL 60090

National Louis University
Attn: Bankruptcy Dept.
122 S Michigan Ave
Chicago IL 60603

Rooney Law Firm PC
Bankruptcy Dept
PO Box 57359
Chicago IL 60657

Clerk, First Mun Div
2015-M1-103626
50 W. Washington St., Rm. 1001
Chicago IL 60602

Navient
Attn: Bankruptcy Dept.
Po Box 9500
Wilkes Barre PA 18773

Navient Solutions INC
Attn: Bankruptcy Dept.
11100 Usa Pkwy
Fishers IN 46037

Nicor Gas
Bankruptcy Department
PO Box 549
Aurora IL 60507

Receivable Management
Bankruptcy Department
3348 Ridge Rd.
Lansing IL 60438

Robert J Adams & Associates
C/o David J Axelrod & Assoc
1448 Old Skokie Rd
Suite C
Highland Park IL 60035

Secretary of State
Attn: Safety & Financial Resp
2701 S. Dirksen Pkwy.
Springfield IL 62723

SLM Financial Corporation
Bankrputcy Department
PO Box 4400
Wilkes-Barre PA 18773-4400

T-Mobile
Bankruptcy Department
PO Box 742596
Cincinnati OH 45274-2596

TCF Bank IL
C/o RGS Financial
1700 Jay Ell Drive
Ste 200
Richardson TX 75081

U S DEPT OF ED/GSL/ATL
Attn: Bankruptcy Dept.
Po Box 4222
Iowa City IA 52244

US Cellular
Bankruptcy Department
PO Box 7835
Madison WI 53707-7835

Village of Palatine
C/o Armor Systems
1700 Kiefer Dr
Ste 1
Zion IL 60099

Wheels of Chicago
Bankruptcy Dept.
6229 N. Western Ave
Chicago IL 60659

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 17-08220 |
|    Kimberly Wallace | ) | | |
|       Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | LaShonda A. Hunt |

### MOTION TO MODIFY CONFIRMED PLAN

NOW COMES the Debtor, Ms. Kimberly Wallace (the "Debtor"), by and through her attorneys, Geraci Law L.L.C., to present her **MOTION TO MODIFY CONFIRMED PLAN,** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed her Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 03/16/2017.

3. The Debtor's plan was confirmed by the Court on 06/26/2017, including a provision requiring the Debtor to turn her federal tax refunds in excess of $1,200 over to the Trustee as additional payments into the plan.

4. The Debtor anticipates receiving a refund of $8,678 for tax year 2018, of which $7,478 is due to the Trustee.

5. The Debtor seeks to purchase a vehicle for $5,000 in cash so that she can avoid a lengthy financing agreement, and needs to repay $722.72 in vehicle rental expenses that she has incurred while she has been without a vehicle of her own. She also would like to buy $2,000 worth of furniture for her home. The Debtor is unable to afford these expenses while also maintaining her Chapter 13 plan payments without using her tax refund.

6. The Debtor seeks to use the remainder of her tax refund to catch up on miscellaneous household expenses on which she has fallen behind but is able to repay these funds by deferring them to the end of the plan term.

7. For the reasons stated above, it is necessary for the successful completion of the Debtor's plan to permit the Debtor to keep $7,722.27 of her 2018 tax refund and to defer the remaining arrears to the end of the plan term.

WHEREFORE THE DEBTOR, Ms. Kimberly Wallace, respectfully requests this Honorable Court enter an order:

1. Permitting the Debtor to keep $7,722.27 of her 2018 tax refund,

2. Deferring arrears to the end of the plan term,

3. Any other relief the court deems proper.

**By:** ___/s/ Dale Riley___
Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800   (Fax):  877.247.1960