UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) BK No.:   17-08220
Kimberly Wallace  )
 ) Chapter: 13
 )
 ) Honorable LaShonda A. Hunt
 )
 ) SELECT IF OUTLYING AREA
Debtor(s)  )

## ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Debtor is permitted to keep $5,000 total of her 2018 tax refund for the purchase of a vehicle.
2. Arrears are deferred to the end of the plan term.

Enter:  *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: July 1, 2019

**Prepared by:**
Dale Riley
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603

Rev: 20170105_bko